

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS | ) ) ) | MDL 2-875 |
| CERTAIN PLAINTIFFS (See attached list) v. CERTAIN DEFENDANTS | ) ) ) ) ) ) ) | Case No. SEE ATTACHED "EXHIBIT B" JUDGE EDUARDO C. ROBRENO |

**FILED DEC 15 2011 MICHAEL E. KUNZ, Clerk By _LAH_ Dep. Clerk**

## VOLUNTARY DISMISSAL OF ALL CASES LISTED IN EXHIBIT B

For the reasons set forth, namely, in the main these Plaintiffs have passed away and after due diligence their beneficiaries were not located or, if located, they chose not to pursue these actions or; some Plaintiffs moved without providing forwarding addresses and counsel, after considerable effort, has not been able to locate them, and further upon recommendation of the Court, all Plaintiffs on attached Exhibit B, pursuant to Federal Rules Civil Procedure 41(a)(1), are hereby dismissed without prejudice.

/s/ Duane C. Marsden

Duane C. Marsden
Attorney for Plaintiffs
Maritime Asbestosis Legal Clinic
645 Griswold, Suite 1550
Detroit, MI 48226  ladmiralty@aol.com

IT IS HEREBY ORDERED: ①

_____
Honorable Eduardo C. Robreno

Dated: Dec. 14, 2011

① for failure to prosecute due to unavailability of plaintiffs.